UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WALTER SHELTON,**

        **Plaintiff,**

**v.**                                              Case No: 6:18-cv-1123-Orl-41GJK

**ORANGE COUNTY DEPARTMENT OF**
**CHILDREN AND FAMILIES,**
**DEPARTMENT OF REVENUE STATE**
**OF FLORIDA and PATRICIA**
**CARSON,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 7), in which he recommends that the motion be denied and that this case be dismissed for lack of subject matter jurisdiction.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to *Proceed in Forma Pauperis* (Doc. 2) is **DENIED**.

3. This case is **DISMISSED** for lack of subject matter jurisdiction.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party